DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROYCE GOLDSMITH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D18-3446 and 4D19-792

[July 10, 2019]

Consolidated appeals of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case Nos. 08-2288 CF10A, 09-6184 CF10A and 11-17276 CF10A.

Royce Peter Goldsmith, Arcadia, pro se.

No appearance required by appellee.

PER CURIAM.

*Affirmed. See Brooks v. State*, 969 So. 2d 238, 243 (Fla. 2007) ("[F]or motions filed under rule 3.800(a), we hold that if the trial court could have imposed the same sentence using a correct scoresheet, any error was harmless.").

WARNER, CIKLIN and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***